# Mississippi Electronic Courts
# Fifteenth Circuit Court District (Lamar Circuit Court)
# CIVIL DOCKET FOR CASE #: 37CI1:21-cv-00109-AM

MAULDIN v. LONG
Assigned to: Anthony Mozingo

**Upcoming Settings:**

None Found

Date Filed: 09/23/2021
Current Days Pending: 270
Total Case Age: 270
Jury Demand: None
Nature of Suit: Negligence - General (181)

**Plaintiff**

**LEVI MAULDIN**                     represented by **Orvis Alvester Shiyou, Jr.**
Shiyou Law Firm
P.O. Box 310
HATTIESBURG, MS 39403
601-583-6040
Fax: 601-583-6041
Email: shiyoulawfirm@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HANNAH KATHLEEN LONG**



| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2021 | 2 | Civil Cover Sheet. (Morrow, Beth) (Entered: 09/23/2021) |
| 09/22/2021 | 3 | COMPLAINT against HANNAH KATHLEEN LONG, filed by LEVI MAULDIN. (Morrow, Beth) (Entered: 09/23/2021) |
| 12/29/2021 | 4 | MOTION for Extension of Time to Serve Defendant by Plaintiff LEVI MAULDIN, Defendant HANNAH KATHLEEN LONG (Shiyou, Orvis) (Entered: 12/29/2021) |
| 12/30/2021 | 5 | ORDER granting 4 Motion for Extension of Time to Serve Defendant. Signed by Anthony Mozingo on 12/30/2021. (Sellers, Pam) (Entered: 12/30/2021) |
| 05/31/2022 | 6 | SUMMONS Issued to HANNAH KATHLEEN LONG. (Morrow, Beth) (Entered: 05/31/2022) |
| 06/10/2022 | 7 | SUMMONS Returned Executed by LEVI MAULDIN. *Re:* ** 6 SUMMONS Issued to HANNAH KATHLEEN LONG. (Morrow, Beth)** HANNAH KATHLEEN LONG served on 6/9/2022, answer due 7/9/2022. Service type: Personal (Shiyou, Orvis) (Entered: 06/10/2022) |

| MEC Service Center ||
|---|---|
| Transaction Receipt ||
| 06/20/2022 08:49:01 ||
| You will be charged $0.20 per page to view or print documents. ||
| **MEC Login:** hl1774M | **Client Code:** 1-00002 |
| **Description:** Docket Report | **Search Criteria:** 37CI1:21-cv-00109-AM |
| **Billable Pages:** 1 | **Cost:** 0.20 |

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2020)

Case: 9TCH121-cv-00109-AM   Document #: 2   Filed: 09/22/2021   Page 1 of 1

**Court Identification / Docket #**
County #: __   Judicial District: __   Court ID (CH, CI, CO): __
Month / Date / Year: 09/22/2021
Local Docket ID: 109

This area to be completed by clerk — Case Number if filed prior to 1/1/94

In the **CIRCUIT** Court of **LAMAR** County, Judicial District ___

### Origin of Suit (Place an "X" in one box only)
- [ ] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

### Plaintiff
Individual — Last Name: **Mauldin**   First Name: **Levi**   Maiden Name: ___   M.I. ___   Jr/Sr/III/IV ___

Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ___

Business ___
Check ( x ) if Business Planitiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ___

Address of Plaintiff ___

Attorney (Name & Address): Al Shiyou, P.O. Box 310, Hattiesburg, MS 39403   MS Bar No. **6760**

Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: ___

### Defendant
Individual — Last Name: **Long**   First Name: **Hannah**   Maiden Name: ___   M.I. **K**   Jr/Sr/III/IV ___

Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ___

Business ___
Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ___

Attorney (Name & Address) - If Known: ___   MS Bar No. ___

FILED SEP 22 2021 LAMAR COUNTY CIRCUIT CLERK

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

### Nature of Suit (Place an "X" in one box only)

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other ___

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other ___

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other ___

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Joint Conservatorship & Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (involuntary)

- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other ___

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contest
- [ ] Adoption - Uncontested
- [ ] Consent to Adoption
- [ ] Minor Removal of Minority
- [ ] Other ___

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other ___

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other ___

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other ___

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [x] Tax Sale: Confirm/Cancel
- [x] Title Boundary or Easement
- [ ] Other ___

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [x] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [x] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [x] Other **Libel & Slander**

IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

| | |
|---|---|
| LEVI MAULDIN | PLAINTIFF |
| VS. | CAUSE NO. 37,21cv109 |
| HANNAH KATHLEEN LONG | DEFENDANT |

## COMPLAINT
### (JURY TRIAL REQUESTED)

COMES NOW, the Plaintiff, LEVI MAULDIN, and files this, his Complaint against the Defendant, HANNAH KATHLEEN LONG, and in support thereof, would show and state the following:

### PARTIES

1. The Plaintiff, LEVI MAULDIN is an adult resident citizen of Lamar County, Mississippi.

2. The Defendant, HANNAH KATHLEEN LONG, is an adult resident citizen of Forrest County, Mississippi and may be served with process of this Court in the time and manner prescribed by law.

### JURISDICTION

3. This Court has jurisdiction over the subject matter and parties hereto as all acts which are complained of herein occurred in Forrest County, Mississippi.

### FACTS

4. On or about September 5, 2020, the Plaintiff and the Defendant met each other for the first time at the Defendant's apartment in Hattiesburg, Lamar County, Mississippi.

-1-

FILED
LAMAR COUNTY SEP 22 2021 CIRCUIT CLERK

5. On or about September 5, 2020, the Plaintiff and the Defendant were both drinking at Brewsky's with mutual friends. The parties left Brewsky's and went along with others to the Defendants apartment located at The Reserves, 29 Park Place, Hattiesburg, Lamar County, Mississippi.

6. At some point during the evening, the Plaintiff and the Defendant became engaged in mutually consensual sexual acts.

7. At some point during the evening, the Defendant left her apartment, leaving the Plaintiff there alone, and went to Forrest General Hospital and alleged that she had been raped by the Plaintiff.

8. The Defendant reported the alleged rape to the Hattiesburg Police Department and made numerous statements about the alleged rape to the personnel at Forrest General Hospital, the Hattiesburg Police Department, as well as to her friends and/or acquaintances.

9. At all times, the Defendant knew or should have known that her statements were false, defamatory and malicious.

10. The Defendant, HANNAH KATHLEEN LONG, has repeatedly, knowingly and intentionally made false, defamatory and malicious statements about the Plaintiff by accusing him of committing acts which he did not commit.

## CAUSES OF ACTION

### CAUSE ONE
### DEFAMATION

FILED
LAMAR COUNTY SEP 22 2021 CIRCUIT CLERK

11. The Defendant, HANNAH KATHLEEN LONG, has knowingly, willfully and intentionally made false, defamatory and malicious statements about the Plaintiff by accusing him of committing acts which he did not commit, thereby causing injury to the Plaintiff and

causing him to be exposed to public hatred, contempt or ridicule, degrading him in society, lessen him in public esteem and/or lower him in the confidence of the community.

12. As a result of the actions of the Defendant, the Plaintiff has suffered damages including but not limited to emotional distress, anxiety, embarrassment, public humiliation, difficulties with his employment and career, loss of income, the unnecessary incurrence of legal fees, and other damages which will be proven during the trial of this matter.

13. Due to the willful and knowingly false actions of the Defendant, the Plaintiff is entitled to punitive damages in an amount to be set by a jury of his peers.

## CAUSE TWO
## SLANDER

14. The Defendant, HANNAH KATHLEEN LONG, has knowingly, wilfully and intentionally made unprivileged false, defamatory and malicious statements about the Plaintiff by accusing him of committing acts which he did not commit to unprivileged third parties, thereby causing injury to the Plaintiff and causing him to be exposed to public hatred, contempt or ridicule, degrading him in society, lessen him in public esteem and/or lower him in the confidence of the community.

15. As a result of the actions of the Defendant, the Plaintiff has suffered damages including but not limited to emotional distress, anxiety, embarrassment, public humiliation, difficulties with his employment and career, loss of income, the unnecessary incurrence of legal fees, and other damages which will be proven during the trial of this matter.

16. Due to the willful and knowingly false actions of the Defendant, the Plaintiff is entitled to punitive damages in an amount to be set by a jury of his peers.

-3-

**FILED**

LAMAR COUNTY   SEP 2 2 2021   CIRCUIT CLERK

## CAUSE THREE
## LIBEL

17. The Defendant, HANNAH KATHLEEN LONG, has knowingly, wilfully and intentionally published in writing, unprivileged false, defamatory and malicious statements about the Plaintiff by accusing him of committing acts which he did not commit to unprivileged third parties, thereby causing injury to the Plaintiff and causing him to be exposed to public hatred, contempt or ridicule, degrading him in society, lessen him in public esteem and/or lower him in the confidence of the community.

18. As a result of the actions of the Defendant, the Plaintiff has suffered damages including but not limited to emotional distress, anxiety, embarrassment, public humiliation, difficulties with his employment and career, loss of income, the unnecessary incurrence of legal fees, and other damages which will be proven during the trial of this matter.

19. Due to the willful and knowingly false actions of the Defendant, the Plaintiff is entitled to punitive damages in an amount to be set by a jury of his peers.

## CAUSE FOUR
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

20. The Defendant, HANNAH KATHLEEN LONG, has knowingly, wilfully and intentionally published in writing and spoken, unprivileged false, defamatory and malicious statements about the Plaintiff by accusing him of committing acts which he did not commit to unprivileged third parties, thereby causing injury to the Plaintiff and causing him to be exposed to public hatred, contempt or ridicule, degrading him in society, lessen him in public esteem and/or lower him in the confidence of the community.

21. As a result of the actions of the Defendant, the Plaintiff has suffered damages

-4-

**FILED**
LAMAR COUNTY   SEP 2 2 2021   CIRCUIT CLERK

including but not limited to emotional distress, anxiety, embarrassment, public humiliation, difficulties with his employment and career, loss of income, the unnecessary incurrence of legal fees, and other damages which will be proven during the trial of this matter.

22. Due to the intentional, willful and knowingly false actions of the Defendant, the Plaintiff is entitled to punitive damages in an amount to be set by a jury of his peers.

## CAUSE FIVE
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

23. The Defendant, HANNAH KATHLEEN LONG, has negligently published in writing and spoken, as well, unprivileged false, defamatory and malicious statements about the Plaintiff by accusing him of committing acts which he did not commit to unprivileged third parties, thereby causing injury to the Plaintiff and causing him to be exposed to public hatred, contempt or ridicule, degrading him in society, lessen him in public esteem and/or lower him in the confidence of the community.

24. As a result of the actions of the Defendant, the Plaintiff has suffered damages including but not limited to emotional distress, anxiety, embarrassment, public humiliation, difficulties with his employment and career, loss of income, the unnecessary incurrence of legal fees, and other damages which will be proven during the trial of this matter.

25 Due to the willful and knowingly false actions of the Defendant, the Plaintiff is entitled to punitive damages in an amount to be set by a jury of his peers.

## DAMAGES

26. The referenced actions of the Defendant were wrongful, unjustified and so egregious as to justify an award to Plaintiff for actual damages, consequential damages, punitive damages,

**FILED**

-5-

LAMAR COUNTY   SEP 2 2 2021   CIRCUIT CLERK

attorneys fees and expenses, all applicable interest at the proper rate, all costs of court, and any other damages to which Plaintiff may be entitled.

16. The Plaintiff requests such other and further relief as may be appropriate in the premises.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, LEVI MAULDIN, demands judgment of and from the Defendant, HANNAH KATHLEEN LONG, for the damages and relief claimed and referenced above, in an amount of $5,000,000.00 plus punitive damages in the amount of $5,000,000.00, or whatever amount a jury of his peers determine to be fair and just in the premises, plus all applicable interest at the proper rate, attorneys' fees and expenses, and all costs of court accruing herein, and for whatever else relief to which he may be entitled.

Respectfully submitted this the 21st day of September, 2021.

LEVI MAULDIN, PLAINTIFF

By: _____
AL SHIYOU,
Counsel for Plaintiff

AL SHIYOU,
MSB# 6760
SHIYOU LAW FIRM
P. O. BOX 310
HATTIESBURG, MS 39403-0310
PHONE (601) 583-6040
FAX    (601) 583-6041
al@shiyoulawfirm.com
shiyoulawfirm@aol.com
Attorney for Plaintiff

**FILED**
LAMAR COUNTY   SEP 2 2 2021   CIRCUIT CLERK

IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

**LEVI MAULDIN**                                                              **PLAINTIFF**

VS.                                             **CAUSE NO. 21-CV-109 AM**

**HANNAH KATHLEEN LONG**                          **DEFENDANT**

**PLAINTIFF'S MOTION TO ENLARGE TIME
FOR SERVICE OF PROCESS**

COMES NOW, the Plaintiff, **LEVI MAULDIN**, by and through his counsel of record and files this, his Motion To Enlarge Time for Service of Process herein and in support thereof would state unto the Court:

I.

Summons was inadvertently not issued to the Defendant herein.

II.

As a result, counsel for Plaintiff has been unable to obtain service of process herein.

WHEREFORE, PREMISES CONSIDERED the Plaintiff, **LEVI MAULDIN**, by and through his counsel of record respectfully requests this Court grant him an additional one hundred and twenty (120) days to obtain process on the defendants.

Respectfully submitted, this the 29th day of December, 2021.

                                                             **LEVI MAULDIN**

                                                             BY:/s/ *Al Shiyou*
                                                                      **AL SHIYOU**

AL SHIYOU
MSB# 6760
SHIYOU LAW FIRM
ATTORNEYS FOR THE PLAINTIFF
P.O. BOX 310

HATTIESBURG, MS 39403
601-583-6040
shiyoulawfirm@aol.com
al@shiyoulawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon counsel for all parties to this proceeding as identified below through the court's electronic filing system as follows:

    Hon. Anthony Mazingo
    Circuit Court Judge
    Post Office Box 269
    Purvis, Mississippi 39475

this the 29th day of December, 2021.

                                              /s/ Al Shiyou
                                              AL SHIYOU

IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

LEVI MAULDIN                                                                PLAINTIFF

VS.                                                            CAUSE NO. 21-CV-109 AM

HANNAH KATHLEEN LONG                                              DEFENDANT

## ORDER GRANTING MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS

THIS MATTER, having come before this Court for consideration of the Motion of the by Plaintiff, **LEVI MAULDIN**, and through his counsel of record To Enlarge Time for Service of Process herein, and the Court having heard said motion, finds that same is well taken and should be granted.

IT IS, THEREFORE, ORDERED and ADJUDGED and DECREED that the Plaintiff, **LEVI MAULDIN**, is hereby granted an additional one hundred and twenty (120) days to obtain process on the defendant.

SO ORDERED and ADJUDGED this the 30 day of ~~January, 2022~~ December, 2021.

_____
CIRCUIT JUDGE

*Presented by:*
AL SHIYOU
MSB# 6760
ATTORNEY FOR THE PLAINTIFF
P.O. BOX 310
HATTIESBURG, MS 39403
601-583-6040
shiyoulawfirm@aol.com
al@shiyoulawfirm.com

**FILED**
LAMAR COUNTY  DEC 3 0 2021  CIRCUIT CLERK

## SUMMONS
### (PROCESS SERVER)

### IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

**LEVI MAULDIN**                                                    **PLAINTIFF**

VS.                                                         **CAUSE NO. 21-CV-109 AM**

**HANNAH KATHLEEN LONG**                                              **DEFENDANT**

### PROOF OF SERVICE
### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Hannah K. Long

### NOTICE TO DEFENDANT
### THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to AL SHIYOU, P.O. Box 310, Hattiesburg, MS 39403, the attorney for the Plaintiff. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original or your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this 31st day of May, 2022.

**HON. MARTIN HANKINS**
**LAMAR COUNTY CIRCUIT CLERK**

BY: _Beth Martin_, D.C.

(SEAL)

AL SHIYOU
SHIYOU LAW FIRM
MSB #6760
P. O. BOX 310
HATTIESBURG, MS 39403
(601) 583-6040
al@shiyoulawfirm.com
shiyoulawfirm@aol.com

## PROOF OF SERVICE - SUMMONS
## (PROCESS SERVER)

Name of Person or Entity Served _____

    I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

_____ PERSONAL SERVICE. I personally delivered copies to _____ on the ____ day of _____, 2022, where I found said person in _____ County of the State of _____.

_____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, _____ (state). I served the Summons and Complaint on the ____ day of _____, 2022, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the ____ day of _____, 2022, I mailed (by first class mail, postage prepaid) copies to the person served at his or her delivery to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual delivery to the person served.)

    At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $ _____
Process service must list below: (Please print or type)
Name _____    Social Security No. _____
Address _____
                                               Telephone No. _____

STATE OF MISSISSIPPI
COUNTY OF _____
Personally appeared before my the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service - Summons" are true and correct as therein stated.

_____
Process Server signature
    Sworn to and subscribed before me this the ____ day of _____, 2022.

(SEAL)

My Commission Expires: _____    NOTARY _____

Case 2:22-cv-00078-KS-MTP   Document 1-1   Filed 06/20/22   Page 15 of 16

Case: 37CI1:21-cv-00109-AM   Document #: 7   Filed: 06/10/2022   Page 1 of 2
Case: 37CI1:21-cv-00109-AM   Document #: 6   Filed: 05/31/2022   Page 1 of 2

## SUMMONS
## (PROCESS SERVER)

### IN THE CIRCUIT COURT OF LAMAR COUNTY, MISSISSIPPI

**LEVI MAULDIN**                                                                          **PLAINTIFF**

**VS.**                                                                          **CAUSE NO. 21-CV-109 AM**

**HANNAH KATHLEEN LONG**                                             **DEFENDANT**

### PROOF OF SERVICE
### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Hannah K. Long

### NOTICE TO DEFENDANT
### THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to AL SHIYOU, P.O. Box 310, Hattiesburg, MS 39403, the attorney for the Plaintiff. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original or your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this 31st day of May, 2022.

**HON. MARTIN HANKINS**
**LAMAR COUNTY CIRCUIT CLERK**

(SEAL)

BY: Beth Martin , D.C.

AL SHIYOU
SHIYOU LAW FIRM
MSB #6760
P. O. BOX 310
HATTIESBURG, MS 39403
(601) 583-6040
al@shiyoulawfirm.com
shiyoulawfirm@aol.com

Case 2:22-cv-00078-KS-MTP   Document 1-1   Filed 06/20/22   Page 16 of 16

Case: 37CI1:21-cv-00109-AM   Document #: 7   Filed: 06/10/2022   Page 2 of 2
Case: 37CI1:21-cv-00109-AM   Document #: 6   Filed: 05/31/2022   Page 2 of 2

**PROOF OF SERVICE - SUMMONS**
**(PROCESS SERVER)**

Hannan Long
Name of Person or Entity Served

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

__X__ PERSONAL SERVICE. I personally delivered copies to Hannan Long on the 9th day of June, 2022, where I found said person in Lamar County of the State of MS.

_____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, _____ (state). I served the Summons and Complaint on the ___ day of _____, 2022, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the ___ day of _____, 2022, I mailed (by first class mail, postage prepaid) copies to the person served at his or her delivery to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual delivery to the person served.)

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $ 45.00
Process server must list below: (Please print or type)
Name: Candace Stuart
Address: 950 Old Hwy 49
Brooklyn MS 39425
Social Security No. 1461
Telephone No. 601-408-3303

STATE OF MISSISSIPPI
COUNTY OF Forrest
Personally appeared before my the undersigned authority in and for the state and county aforesaid, the within named Candy Stewart who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service - Summons" are true and correct as therein stated.

_____
Process Server signature

Sworn to and subscribed before me this the 10th day of June, 2022.

(SEAL)
My Commission Expires: _____

Lorraine Kachler Duke
NOTARY