IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LEVI MAULDIN                                                                                                PLAINTIFF

v.                                                                          CIVIL ACTION NO. 2:22-CV-78-KS-MTP

HANNAH KATHLEEN LONG                                                                        DEFENDANT

## ORDER

On August 10, 2022, Defendant filed a Motion to Dismiss the Amended Complaint [16]. Plaintiff shall respond to the motion on or before **August 24, 2022**. Fed. R. Civ. P. 6(a); L.U. Civ. R. 7(b)(4). Defendant may reply on or before **August 31, 2022**. *Id.*

Any party requesting an extension of time must file a motion for such prior to the deadline's expiration and advise the Court whether the request is opposed. L.U.Civ.R. 7(b)(4), (10). The original and reply memoranda together shall not exceed a total of thirty-five (35) pages, and the response memorandum shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, it must seek leave to do so and advise the Court if the request is opposed.

SO ORDERED AND ADJUDGED this 11th day of August 2022.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE